08 CV 01560

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
FEB 14 2008
U.S.D.C. S.D. N.Y.
CASHIER

| | |
|---|---|
| ALIENWARE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ONLINE GIFT REWARDS,<br><br>Defendant. | CIVIL ACTION NO.:<br><br>RULE 7.1 STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Alienware Corporation, certifies that Alienware Corporation is a wholly owned subsidiary of Dell Inc.

Date: February 14, 2008

BAKER BOTTS L.L.P.

By: _____
Doreen L. Costa (DC: 2830)
Paul J. Reilly (PR: 0317)
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2500

Attorneys for Plaintiff, Alienware Corporation

NY02:611572.1

1