UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALIENWARE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ONLINE GIFT REWARDS<br><br>Defendant. | NO.: 08-CV-01560 |

NOTICE OF DISMISSAL WITHOUT PREJUDICE, FED. R. CIV. P. 41(a)(1)

Pursuant to Rule 41(a)(1) of the Fed. R. Civ. P., the Plaintiff, Alienware Corporation, having not been served with an Answer or other responsive pleading by Defendant, Online Gift Rewards, hereby dismisses without prejudice the Complaint herein.

Respectfully submitted,

BAKER BOTTS L.L.P.

Date: February 26, 2008    By: _____

Doreen L. Costa (DC: 2830)
Paul J. Reilly (PR: 0317)
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2500

Attorneys for Plaintiff, Alienware Corporation

NY02:612766.1

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing, "NOTICE OF DISMISSAL WITHOUT PREJUDICE, FED. R. CIV. P. 41(a)(1)", was served on the attorneys for Defendant, Online Gift Rewards, via Federal Express, postage prepaid, addressed to:

   Dineen Pashoukos Wasylik
   Conwell Kirkpatrick, P.A.
   2701 North Rocky Point Drive, Suite 1200
   Tampa, FL 33607

on February 26, 2008   By: _/s/ Danielle R. Mendelsohn_
            Danielle R. Mendelsohn

NY02:599217.1