McKenna, J.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

ALIENWARE CORPORATION,

    Plaintiff,

v.

ONLINE GIFT REWARDS

    Defendant.

NO.: 08-CV-01560

### NOTICE OF DISMISSAL WITHOUT PREJUDICE, FED. R. CIV. P. 41(a)(1)

Pursuant to Rule 41(a)(1) of the Fed. R. Civ. P., the Plaintiff, Alienware Corporation, having not been served with an Answer or other responsive pleading by Defendant, Online Gift Rewards, hereby dismisses without prejudice the Complaint herein.

Respectfully submitted,

BAKER BOTTS L.L.P.

Date: February 26, 2008

By: _____

Doreen L. Costa (DC: 2830)
Paul J. Reilly (PR: 0317)
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2500

Attorneys for Plaintiff, Alienware Corporation

So Ordered: _____ 2/27/08
Hon. Lawrence M. McKenna, USDJ

02- -08

NY02:612766.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, "NOTICE OF DISMISSAL WITHOUT PREJUDICE, FED. R. CIV. P. 41(a)(1)", was served on the attorneys for Defendant, Online Gift Rewards, via Federal Express, postage prepaid, addressed to:

>Dineen Pashoukos Wasylik
>Conwell Kirkpatrick, P.A.
>2701 North Rocky Point Drive, Suite 1200
>Tampa, FL 33607

on February 26, 2008          By: *Danielle R. Mendelsohn* (signature)
                                    Danielle R. Mendelsohn

NY02:599217.1